UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY REESE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, and all collaborating agents,<br><br>    Defendant. | Case No. C11-2042-RSM<br><br>REPORT AND RECOMMENDATION |

Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action on December 8, 2011. Dkt. 1. By Order dated December 13, 2011, the Court denied plaintiff's application to proceed IFP as deficient because plaintiff failed to file a written consent for payment of costs from any recovery in this action, as Local Rule CR 3(b) requires. In addition, the Court advised plaintiff that the Court has approved a new Declaration and Application to Proceed In Forma Pauperis and Written Consent for Payment of Costs form that needs to be submitted in place of the prior form, which was submitted by the plaintiff.

Plaintiff had until January 13, 2012, to correct these deficiencies and submit the new IFP and consent form. To date, however, plaintiff has failed to do so. Therefore, the Court recommends that this 42 U.S.C. § 1983 action be DISMISSED without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION
PAGE - 1

1       A proposed order accompanies this Report and Recommendation. The Clerk is directed to send copies of this Order to plaintiff to the Honorable James P. Donohue.

DATED this 27th day of January, 2012.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge